UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

LINWOOD HAYES,

               Plaintiff,         12 Civ. 3016 (JGK)

    - against -                   <u>ORDER</u>

UNITED STATES OF AMERICA AND UNITED
STATES POSTAL SERVICE,

               Defendants.
---

JOHN G. KOELTL, District Judge:

As stated at today's conference, the time for the Government to file a third party complaint is extended until **September 21, 2012**. The next conference shall be held **October 26, 2012, at 4:30 p.m.** There is no stay of discovery in effect.

SO ORDERED.

Dated:    New York, New York
           September 12, 2012

                                          John G. Koeltl
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-13-12